**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-1946**

DONNA YOUNG,

              Plaintiff - Appellant,

         v.

HP ENTERPRISE SERVICES, a/k/a Electronic Data Systems,

              Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Claude M. Hilton, Senior District Judge.  (1:10-cv-01096-CMH-JFA)

Submitted:  April 3, 2012              Decided:  April 12, 2012

Before MOTZ, SHEDD, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Donna Young, Appellant Pro Se.  John Daniel Victor Ferman, Gregory Willis Homer, DRINKER BIDDLE & REATH, LLP, Washington, D.C., for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Donna Young appeals the district court's order granting summary judgment for Defendant in Young's employment discrimination suit. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Young v. HP Enter. Servs.</u>, No. 1:10-cv-01096-CMH-JFA (E.D. Va. Aug. 8, 2011; Sept. 6, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>